IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:21-cr-00095-DAD-BAM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OMAR ALBERTO NAVARRO, et al., Defendant. | ) ) ) ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:21-cr-00096-DAD-BAM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DANIEL ARMENDARIZ MERCADO, Defendant. | ) ) ) ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:21-cr-00097-NONE-SKO |
| Plaintiff, | ) ) | **New Case Number:**<br>**1:21-cr-00097-DAD-BAM** |
| v. | ) ) | |
| SCOTT GORDON JAMES, Defendant. | ) ) ) ) ) | **ORDER REASSIGNING CASES FOR ALL PURPOSES** |

1

Pusuant to the filing of the Notice of Related Cases in case numbers 1:21-cr-00095-DAD-BAM, 1:21-cr-00096-DAD-BAM, 1:21-cr-00097-NONE-SKO on April 9, 2021;

Case number 1:21-cr-00097-NONE-SKO is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:21-cr-00097-NONE-SKO**

IT IS SO ORDERED.

Dated: **April 12, 2021**

*(signature)* Dale A. Drozd
UNITED STATES DISTRICT JUDGE