IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO: 1:21-CR-00097-DAD-BAM |
| v. | |
| SCOTT GORDON JAMES, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Scott Gordon James (CDCR BN5660)
Detained at: Butte County Jail

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 21 U.S.C. §§ 841(a)(1), 846

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith for arraignment on criminal indictment in the Eastern District of California.*

Signature: */s/ CHRISTOPHER D. BAKER*
Printed Name & Phone No: AUSA Christopher D. Baker (559-290-0530)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/24/21

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) | ☒ Male ☐ Female |
| Booking or CDC #: CDCR BN5660 | DOB: Jan. 20, 1974 |
| Facility Address: 33 County Center Drive, Oroville, CA | Race: White |
| Facility Phone: (530) 538-7471 | FBI#: 410521WA3 |

## RETURN OF SERVICE

Executed on: _____    _____
(signature)