IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT GORDON JAMES,**<br><br>Defendant. | **CASE NO: 1:21-CR-00097-DAD-BAM** |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee: Scott Gordon James (CDCR BN5660)
Detained at: North Kern State Prison

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 21 U.S.C. §§ 841(a)(1), 846
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> for arraignment on criminal indictment in the Eastern District of California.*

Signature: */s/ LAURA JEAN BERGER*
Printed Name & Phone No: AUSA Laura Jean Berger (559-365-1523)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum            ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 8, 2021**

*/s/ Stanley A. Boone*
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | CDCR BN5660 | DOB: | Jan. 20, 1974 |
| Facility Address: | 2737 W. Cecil Ave., Delano, CA 93215 | Race: | White |
| Facility Phone: | (661) 721-2345 | FBI#: | 410521WA3 |

## RETURN OF SERVICE

Executed on: _____

(signature)