PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GORDON JAMES,<br><br>Defendant. | CASE NO. 1:21-CR-00097-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: December 12, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on December 12, 2022.

2.  By this stipulation, defendant now moves to continue the sentencing until January 30, 2023. The Parties are ORDERED to be present in person on this date. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Counsel for defendant desires additional time to work with defendant in obtaining records and other items in preparation for sentencing.

    b)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

c)     The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 23, 2022            PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ LAURA JEAN BERGER
                                                 LAURA JEAN BERGER
                                                 Assistant United States Attorney

Dated: November 23, 2022            /s/ CHRISTOPHER COSCA
                                                 CHRISTOPHER COSCA
                                                 Counsel for Defendant
                                                 SCOTT GORDON JAMES

**ORDER**

IT IS SO ORDERED.

Dated:   November 28, 2022                                   
                                                 UNITED STATES DISTRICT JUDGE