UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GORDON JAMES,<br><br>Defendant. | No. 1:21-cr-00097-ADA-BAM-1<br><br>ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND<br><br>(ECF No. 123) |

Defendant Scott Gordon James filed a pro se motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 123.) The Court has screened the motion pursuant to Rule 4 of the Rules Governing Section 2254 and 2255 Cases, and the government is ordered to respond to the motion. Accordingly, within sixty (60) days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Any reply by Defendant shall be filed within thirty (30) days of the filing and service of the government's response.

IT IS SO ORDERED.

DATED: January 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE