UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GORDON JAMES,<br><br>Defendant. | No. 1:21-cr-00097-ADA-BAM-1<br><br><br><br>ORDER<br><br><br><br>(ECF No. 125) |

Defendant Scott Gordon James filed a pro se motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 123.) On March 6, 2024, the United States of America ("Government") filed a motion for an extension of time to respond to Defendant's pending § 2255 motion. (ECF No. 125.)

Having considered the Government's motion and good cause appearing, it is hereby ordered that the Government's deadline to respond to Defendant's pending § 2255 motion is extended to May 1, 2024.

IT IS SO ORDERED.

DATED: March 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE